IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br>Danny Fred Cloud and Patricia D. Cloud v. AbbVie, Inc., et al.<br><br>Civil Action No. 1:15-cv-04168 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Danny Fred Cloud and Patricia D. Cloud, and counsel for Defendants Eli Lilly and Company, Lilly, USA, LLC., Acrux Commercial Pty Ltd., and Acrux DDS Pty Ltd., pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed with prejudice and without costs or attorneys' fees to any party. Plaintiffs' claims against the other defendants remain pending, and in full force and effect.

/s/ Stephen G. Lowry
Stephen G. Lowry
Harris Penn Lowry LLP
410 E. Broughton Street
Savannah, GA 31401

*Attorneys for Plaintiffs Danny Fred Cloud and Patricia D. Cloud*

/s/ David E. Stanley
David E. Stanley
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd.*

1

*/s/ Christopher R. Boisvert*
Christopher R. Boisvert
DECHERT, LLP
2929 Arch Street
Philadelphia, PA 19104-2808

*Attorney for Defendants AbbVie, Inc. and Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

  I, David E. Stanley, hereby certify that on June 8, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David E. Stanley*
